# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ☑

FILED

2024 OCT 23 PM 3: 27

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

_____Nashville___ Division

Pierre Cloud

)
)
)
)

_____

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Parker Hannifin Corporation

_____

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___3-24-cv-1267___

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Pierre Cloud |
| Street Address | 711 Kent Dr. Apt. B |
| City and County | Lebanon, Wilson County |
| State and Zip Code | Tennessee, 37087 |
| Telephone Number | (615)653-1762 |
| E-mail Address | pierre.cloud91@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name                                    Parker Hannifin Corporation

Job or Title *(if known)*

Street Address                          104 Hartmann dr

City and County                         Lebanon, Wilson County

State and Zip Code                      Tennessee, 37087

Telephone Number                        (615) 444-0191

E-mail Address *(if known)*             sherry.harris@parker.com


Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Title VII Civil Rights Act of 1964

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)*  Pierre Cloud _____, is a citizen of the State of *(name)*  Tennessee _____ .

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

## III. Statement of Claim

1. I was employed by Parker Hannifin from Nov 1, 2023 to Oct 11, 23

2. Feb 2, 2023 I was given a disciplinary write up because 3rd shift's material handler made numerous complaints to Management.

3. Sam, my supervisor, would make me aware of complaints made by 3rd shift's material handler almost daily. I felt harassed and frustrated.

4. I went to Vickie Piercey the Defendant's HR to tell her that the workplace was becoming hostile.

5. I felt that it was unfair that the petty complaints were being validated by Disciplinary actions.

6. During this discussion she would tell me that Supervisors were to perform walkthroughs.

7. Rhonda Hudson, 1st shift supervisor, was negligent in regards to this company policy.

8. I told her that she was not enforcing the same standards on Luke, my Caucasian coworker.

9. She was more concerned at the time about me filing a grievance through the Union.

10. I would file grievances over Rhonda's conduct on 2 different occasions.

11. The 1st after receiving a disciplinary action on Apr 27, 2023 alleging I had neglected to stage materials for 3rd shift.

12. I knew this allegation was false and defamatory so I refused to sign the write up.

13. Vickie and Rhonda's response was to tell me if I file a grievance I would lose.

14. Rhonda would make her self present for every subsequent disciplinary action after this.

15. The 2nd grievance I filed in July of 2023 was to report Rhonda's intentional differential treatment.

16. Around the beginning of August Rhonda would relay through Sam that shipments received were to be put up on 2nd shift without leaving anything for 3rd shift.

17. I would vent to Sam that the implementation of this was unnecessary and the intention was to increase my workload.

18. Aug 11, 23 I would receive a false and defamatory disciplinary action.

19. Eric Grohike, Defendants 3rd shift supervisor would allege that I could not be accounted for the last 15 minutes of my shift and I left a box in the Warehouse

20. I was suspended without pay on Aug 16, 2023.

21. I asked Vickie what was the purpose of Rhonda attending my disciplinary action on 8/16/2023. She was not required to sign as a witness.

22. She would tell me because of her being the Value Stream Leader over Lebanon mixing she was welcome to sit in on any disciplinary action.

23. I asked because she did not attend Hunter's disciplinary action.

24. Oct 11, 2023 I received a write up alleging I had caused production delays.

25. It would also state I neglected to clear the warehouse of material ran on my shift. This does not accurately depict the circumstances

26. This disciplinary action would be Defendant's cause for immediate termination

IV. Cause of Action

27. Count one: Adverse Employment Action

28. Plaintiff realleges and incorporates the facts alleged in Paragraphs 2, 11 through 12, 16, and 24

29. Defendant issued a Disciplinary action on Plaintiff on:
   (a) Feb 2, 2023

   (b) Apr 27, 2023

   (c) Aug 16, 2023

   (d) Oct 11, 2023

30. Defendant's failure to engage in balance of probabilities when confronted with contrary evidence resulted in accumulation of disciplinary actions for Plaintiff who suffered immediate termination.

31. Count two: Abusive conduct

32. Plaintiff realleges and incorporates the facts alleged in Paragraphs 2, 13, 18 through 19

33. Defendant's agents Vickie Piercey and Rhonda Hudson's response to Plaintiffs refusal to sign writeup (28)(b) and file Union grievance

   (a) engaged in verbal intimidation

   (b) attempted to pressure Plaintiff to vacate right of protected concerted activity

2/4

34. Defendant's agent Eric Grohike used defamatory language in count one (28) (c) stating Plaintiff could not be accounted for in the last 15 minutes of shift.

35. Defendant's agent Rhonda Hudson requested for disciplinary action on behalf of complaints made by 3rd shift material handler against Plaintiff. (28) (a)

36. Count three: Disparate Treatment

37. Plaintiff realleges and incorporates the facts alleged in Paragraphs 2 through 9, 15 through 17, and

38. Defendant's agent Rhonda Hudson after being made aware of a complaint about difference in treatment of employees did not make any noticeable changes
   (a) in attempting to supervise, monitor or enforce a standard for all employees.
   (b) to ensure the right of all employees to not be discriminated against because of their protected characteristic.

39. Plaintiff realleges and incorporates count alleged in paragraph 35

40. Plaintiff filed grievance against Rhonda in July for an incident where Plaintiff felt the difference in treatment was malicious and intentional

41. Count four: Racial Discrimination

42. Plaintiff realleges and incorporates the facts alleged in paragraph 1 through 8, 15 through 26

43. Plaintiff realleges and incorporates the counts alleged in paragraph 36, 38, 40

44. Defendant's adverse employment actions, harassment, and disparate treatment violated my right to:
   (a) an equal employment opportunity
   (b) not be discriminated against because of a protected characteristic
   (c) not be harassed because of a protected characteristic

45. Count five: Retaliation

46.Plaintiff, must, reallege and incorporate the facts alleged in paragraphs 9, 12 through 14, and 21 through 23

47. Plaintiff realleges and incorporates counts 31 through 34

48. Defendant's agent Rhonda Hudson would attend disciplinary actions without offering any corrective or constructive input.

3 / 4

49. Count six: Wrongful Termination

50. Plaintiff, must, reallege and incorporate the facts alleged in paragraph 4, 11 through 12, 18 through 19, 24 through 26

51.Plaintiff realleges and incorporates counts alleged in paragraphs 27 through 44

52. Defendant's did not offer any chance for Plaintiff to provide a contrary fact to disciplinary actions.

53 Defendant's allegations in multiple disciplinary actions are not fact.

### 54. Prayer for Relief

55. Wherefore, Plaintiff respectfully requests that the court enter an Award and Judgment in its favor, and against Parker Hannifin, as follows:

56. Enter Judgment that Parker Hannifin is liable to Plaintiff for lost wages and emotional distress.

57. Enter Judgment requiring Parker Hannifin to pay and to reimburse, Plaintiff, for all costs, expenses, and any Attorneys' fees that Plaintiff incurs during this civil action.

58.Enter Judgment that Plaintiff is awarded damages for (1) lost wages of not less than $50,000;  (2) emotional distress of not less than $300,000

59. Enter Judgment that Plaintiff is awarded punitive damages in an amount to be determined at trial

### 60. Jury Demand

61.  Plaintiff demands a trial by jury on all claims and issues so triable.

4/4

b.      If the defendant is a corporation

The defendant, *(name)* Parker Hannifin Corporation              , is incorporated under

the laws of the State of *(name)*   Ohio                                              , and has its

principal place of business in the State of *(name)*   Ohio                                        .

Or is incorporated under the laws of *(foreign nation)*                                          ,

and has its principal place of business in *(name)*                                          .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Amount is in excess of 75,000

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          10/21/2024

Signature of Plaintiff     Pierre Cloud    *Pierre Cloud*

Printed Name of Plaintiff  Pierre Cloud

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address